McGREGOR W. SCOTT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



FILED

APR 1 2 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | |
| 2725 52nd Avenue, Sacramento | 2:17-SW-0649 CKD |
| 3433 La Cadena Way, Sacramento | 2:17-SW-0650 CKD |
| 4849 Ammolite Way, Elk Grove | 2:17-SW-0651 CKD |
| 8114 Suarez Way, Elk Grove | 2:17-SW-0652 CKD |
| 8967 Sonoma Valley Way, Sacramento | 2:17-SW-0653 CKD |
| 8638 Bradshaw Road, Elk Grove | 2:17-SW-0654 CKD |
| 10315 Baseline Road, Elverta | 2:17-SW-0655 CKD |
| 7810 Elsie Avenue, Sacramento | 2:17-SW-0656 CKD |
| 2003 Honda Odyssey, Lic. # 7RAJ323 | 2:17-SW-0657 CKD |
| 2008 Infiniti, Lic. # 7RAJ324 | 2:17-SW-0658 CKD |
| 2013 Honda Odyssey, Lic. # 7WZA583 | 2:17-SW-0659 CKD |
| 2860 Central Avenue, Roseville | 2:17-SW-0660 CKD |
| JPM Chase Safe Deposit Box | 2:17-SW-0661 CKD |
| | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 4/12/2018

The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS